UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL THOMAS SMITH,

    Defendant.
_____/

Case No. 2:08-cr-60

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on February 2, 2012, on a petition alleging 16 violations of the defendant's conditions of supervised release. At the hearing, the government requested that the defendant be detained pending further proceedings. Defendant indicated he did not object to detention. Therefore, IT IS HEREBY ORDERED that the defendant shall be held pending further proceedings.

    IT IS SO ORDERED.

Date: February 3, 2012

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge